## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-61331-MIDDLEBROOKS

JESUS MORENO CASCARET,

      Petitioner,

v.

ASSISTANT FIELD OFFICE DIRECTOR,
et al.,

      Defendants.

_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta Augustin-Birch for a Report and Recommendation and to take all action required by law on Petitioner's Writ of Habeas Corpus (DE 1), filed May 4, 2026.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of May, 2026.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record