UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-61331-CV-MIDDLEBROOKS/Augustin-Birch

JESUS MORENO CASCARET,

      Petitioner,

v.

MITCHELL DIAZ, et al.,

      Respondents.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), signed on May 19, 2026. (DE 11). The Report recommends granting in part Petitioner Cascaret's petition for habeas corpus relief pursuant to 28 U.S.C. §2241. (*Id.*). The Report set a seven-day deadline for the filing of objections. (DE 8 at 2). The deadline has expired and no objections have been filed.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Augustin-Birch's conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 11) is hereby **ADOPTED**.

(2) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report, insofar as the Court rules that the immigration judge incorrectly determined there was no jurisdiction under *Matter of Yajure Hurtado*. The petition is otherwise denied, and Petitioner is not entitled to immediate release, as the Court does not have jurisdiction to review the immigration judge's individualized bond determination.

(3) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS**

**MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this __ of May, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Augustin-Birch;
Counsel of Record;